IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-01742 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Agreed Motion for Dismissal with Prejudice, filed on September 21, 2015.  It appearing to the Court that all matters in controversy between the parties have been fully and finally settled and that such Motion is well taken, the Motion is hereby GRANTED.

IT IS ORDERED that this cause be and hereby is dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED that all costs of court are taxed against the parties incurring the same.

Signed September 23rd, 2015.


_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

**Stipulated and agreed to by:**


\_\_/s/ Roger D. Higgins_____
Roger D. Higgins
State Bar No. 09601500
Mark J. Jung
State Bar No. 24012934
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:                                                    (214) 871-8200
Facsimile:   (214) 871-8209
E-mail:  rhiggins@thompsoncoe.com
E-mail: mjung@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**
**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**


\_\_/s/ Richard D. Daly_____
Richard D. Daly
State Bar No. 00796429
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone:                                                    (713) 655-1405
Facsimile:   (713) 655-1587
E-Mail: rdaly@dalyblack.com

**ATTORNEY FOR PLAINTIFF**
**MARIA WHITE**